[Nos. 38850-2-II; 38854-5-II. Division Two. June 29, 2010.]

*In the Matter of the Welfare of* L.N.B.-L.

*In the Matter of the Welfare of* A.D.B.-L.

The opinion in the above captioned cases, which appeared in the advance sheets at 156 Wn. App. 591-633, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated August 3, 2010 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 157 Wn. App. 215.